908 A.2d 266

**Barry L. MELHORN, Respondent,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 30, 2006.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of August, 2006, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is hereby **REVERSED.** *See McCray v. Pennsylvania Department of Corrections,* 582 Pa. 440, 872 A.2d 1127 (2005); *Gaito v. Pennsylvania Board of Probation and Parole,* 488 Pa. 397, 412 A.2d 568 (1980); 42 Pa.C.S. § 9760. Jurisdiction relinquished.

Justice SAYLOR notes his dissent.